UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | |
|---|---|
| In re: ) | |
| ) | |
| CAROLYN DANIELS, ) | Case No.  16-01938-JMC |
| Debtor(s). ) | |

## OBJECTION TO CLAIM OF UNITED CONSUMER FINANCIAL SERVICES

Comes now, Debtor Carolyn Daniels, by counsel and in support of her objection says that Creditor United Consumer Financial Services does not have a security interest of any property of this Debtor.

WHEREFORE, Debtor respectfully prays the Court disallow the claim of creditor United Consumer Financial Services and for all further relief proper in the premises.

Respectfully submitted:

DAVID P. MURPHY & ASSOCIATES, P.C.

By: /s/David P. Murphy, 9388-30

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**Indianapolis**
116 U.S. Courthouse
46 East Ohio St
Indianapolis, IN 46204

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument, Debtors' Objection to Claim has been served electronically upon the following on this 7th day of June, 2016.

Ann Delaney, Trustee, ECFdelaney@trustee13.com
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

And to United Consumer Financial Services via U.S. Mail, first class, postage pre-paid on this 7th day of June, 2016 via BASS & ASSOCIATES, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712.

/s/ David P. Murphy, 9388-30

DAVID P. MURPHY & ASSOCIATES, P.C.
Attorneys at Law
504 W. Main Street
Greenfield, IN 46140
317-462-2222